ESCHBACH, Senior Circuit Judge,
concurring:
I agree with this court’s decision to affirm the district court’s grant of summary judgment on the question of qualified immunity for Deputy Morris in his individual capacity for the reasons set forth in Judge Dubina’s dissenting opinion in Harrell, 22 F.3d at 1577-80 and this court’s recent decision in Lassiter v. Alabama A & M University, 28 F.3d 1146 (11th Cir.1994) (en bane). I write separately to emphasize that we affirm the district court’s grant of summary judgment with respect to the claims against Deputy Morris in his official capacity, Sheriff Phillips in his individual and official capacities, Decatur County, and the Decatur County Commissioners because of our determination that Harrell was not deprived of any constitutional rights for the reasons set forth in Judge Dubina’s dissenting opinion in Harrell, 22 F.3d at 1580-81.